DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TOTAL HEALTH ASSOCIATES, LLC** a/a/o **SANDRA ALFARO,**
Appellant,

v.

**GEICO GENERAL INSURANCE COMPANY,**
Appellee.

No. 4D21-2271

_____

**TOTAL HEALTH ASSOCIATES, LLC** a/a/o **GERARD HIAVACEK,**
Appellant,

v.

**GEICO GENERAL INSURANCE COMPANY,**
Appellee.

No. 4D21-2273

[December 8, 2021]

Consolidated appeal of nonfinal orders from the County Court for the Seventeenth Judicial Circuit, Broward County, John D. Fry, Judge; L.T. Case Nos. CONO20-021199 (70) and CONO20-021192 (70).

Chad A. Barr of Chad Barr Law, Altamonte Springs, for appellants.

No appearance for appellee.

PER CURIAM.

In these consolidated cases, the county court *sua sponte* entered orders transferring venue without any showing that plaintiff's chosen venue was improper or that transfer was appropriate on forum non conveniens grounds. We conclude that these cases are controlled by *Advanced Diagnostic Group v. Ocean Harbor Casualty Insurance Co.*, 321 So. 3d 772

(Fla. 4th DCA 2021). Accordingly, we reverse and remand for further proceedings.

*Reversed and remanded.*

GROSS, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

**Not final until disposition of timely filed motion for rehearing.**